SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 17 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :     INDICTMENT

       -v.-                          :     **13 CRIM 298**

DEVON LEWIS,                         :

                Defendant.       :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury Charges:

1.  On or about March 25, 2013, in the Southern District of New York, DEVON LEWIS, the defendant, willfully and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States engaged in the performance of his official duties, and in the course thereof inflicted bodily injury, to wit, LEWIS physically assaulted a United States Postal Service Mail Carrier while that Mail Carrier was delivering mail, and, in the course of that assault, inflicted bodily injury on that Mail Carrier.

    (Title 18, United States Code, Section 111(b).)


## COUNT TWO

The Grand Jury Charges:

2.  On or about March 25, 2013, in the Southern District of New York, DEVON LEWIS, the defendant, willfully and knowingly did assault a person having lawful charge, control, and custody of

**JUDGE GRIESA**

mail matter, money, or other property of the United States, with the intent to rob, steal, and purloin such mail matter, money, and other property of the United States and, in attempting to effect such robbery, wounded that person.

(Title 18, United States Code, Section 2114(a).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

---
---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---
---

UNITED STATES OF AMERICA

- v. -

DEVON LEWIS,

Defendant.

---

INDICTMENT

13 Cr.

(18 U.S.C. §§ 111(b) and 2114(a).)

             _____
                          PREET BHARARA
                 United States Attorney.

                 **A TRUE BILL**

_Micaelle_ _____  4/17/13
             Foreperson.

---

4/17/13 - Filed Indictment. Case assigned to Judge Gleeson.  Judy Frances US MJ