```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
```

| | | |
|---|---|---|
| **United States of America,** | : | **NOTICE OF APPEARANCE AND REQUEST FOR** |
| | : | **ELECTRONIC NOTIFICATION** |
| - v - | | |
| | : | **13 Cr. 298** |
| **Devon Lewis** | | |
| | : | |

```
----------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance as counsel in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                             Respectfully Submitted,


                             **/s/Jennifer L. Brown**
                             Attorney for **Devon Lewis**
                             Federal Defenders Of New York
                             52 Duane Street
                             New York, N.Y. 10007
                             (212) 417-8722
                             Jennifer_brown@fd.org


TO:   Attorneys of Record